No. 01–495. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION v. BURDINE. C. A. 5th Cir. Motion of respondent for leave to proceed in forma

*pauperis* granted. Certiorari denied.